**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6473**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

ANTONIO MERLIN HARMON, a/k/a Tony,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.  (3:09-cr-00825-CMC-19)

_____

Submitted:  May 31, 2012              Decided:  June 6, 2012

_____

Before KING, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Antonio Harmon, Appellant Pro Se.  Stacey Denis Haynes, Robert
Claude Jendron, Jr., Mark C. Moore, Tommie DeWayne Pearson,
Assistant United States Attorneys, Columbia, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Merlin Harmon appeals the district court's orders denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006) and denying his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Harmon, No. 3:09-cr-00825-CMC (D.S.C. Dec. 15, 2011 & Feb. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED